JACOB HENDON, Appellant, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued October 9, 1939; decided October 30, 1939.

*Mark E. Cymrot* for appellant.

*William C. Chanler, Corporation Counsel (Paxton Blair* and *Nicholas Bucci* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.